```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

McKINLEY BELL, #30119                                    PETITIONER

VS.                         CIVIL ACTION NO. 5:04-cv-194(DCB)(MTP)

LARRY GREER and JIM HOOD                                RESPONDENTS

<u>FINAL JUDGMENT</u>

This matter having come on to be heard on the Report and Recommendation of Magistrate Judge Michael T. Parker and the petitioner's objections thereto; and after a full review of the record having entered an Order adopting the Report and Recommendation in its entirety, the Court now grants final judgment in favor of the respondents and against the petitioner in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __8th__ day of August, 2007.

                                    <u>s/David Bramlette</u>
                                    UNITED STATES DISTRICT JUDGE