IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**McKINLEY BELL**                                                                  **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:04cv194(DCB)(MTP)**

**LARRY GREER and**
**JIM HOOD**                                                                        **RESPONDENTS**

CERTIFICATE OF APPEALABILITY

     A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254 or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, hereby finds that:

Part A

___ A certificate of appealability should issue.  (See reasons below.)

_X_ A certificate of appealability should not issue. (See reasons below.)

Part B
(for non-CJA pauper cases only)

_X_ The party appealing is a pauper.

___ The party appealing is not a pauper. (See reasons below.)

REASONS:

     The petitioner has failed to make a "substantial showing of the denial of a constitutional right." <u>Cannon v. Johnson</u>, 134 F.3d 683 (5th Cir. 1998) (<u>citing</u> <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).


Date: _11/14/07_                                       _s/ David Bramlette_
                                                                      UNITED STATES DISTRICT JUDGE

(Revised 2/2000)